**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1223**

_____

NORFOLK SHIPBUILDING & DRYDOCK CORPORATION,

Petitioner,

versus

FRANK FLOWERS; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(99-463-BLA)

_____

Submitted: August 29, 2000        Decided: September 7, 2000

_____

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerard E.W. Voyer, Donna White Kearney, TAYLOR & WALKER, P.C., Nor-
folk, Virginia, for Petitioner.  John H. Klein, Amanda R. Kronin,
MONTAGNA, KLEIN & CAMDEN, Norfolk, Virginia, for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norfolk Shipbuilding and Drydock Corporation seeks review of the Benefits Review Board's ("Board") final decision and order affirming the administrative law judge's award of permanent partial disability benefits on second remand pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.A. §§ 901-50 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Norfolk Shipbuilding & Drydock Corp. v. Flowers, No. 99-463-BLA (BRB Jan. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2